**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| KSENIA SEDELNIKOVA, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 09-CV-2398 |
| | * | |
| v. | * | |
| | * | |
| THE CHEESECAKE FACTORY | * | |
| RESTAURANTS, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT THE CHEESECAKE FACTORY RESTAURANTS, INC.'S
MOTION TO STAY PROCEEDINGS AND TO COMPEL ARBITRATION**

Pursuant to Sections 3 and 6 of the Federal Arbitration Act, 9 U.S.C. §§ 3 and 6, Defendant Cheesecake Factory Restaurants, Inc. ("Cheesecake Factory"), by and through its undersigned counsel, respectfully moves this Court for an order staying the proceedings in this case and compelling arbitration of the claims set forth in Plaintiff Ksenia Sedelnikova's ("Sedelnikova") Complaint. In support of this Motion, Cheesecake Factory replies upon its concurrently filed memorandum in support thereof and the facts set forth as follows:

1. Sedelnikova was employed by the Cheesecake Factory in the State of Maryland.

2. On or about December 11, 2008, Sedelnikova signed a two page document entitled Handbook Receipt & Confidentiality Agreement in which she agreed, *inter alia*, to arbitrate any disputes between her and the Cheesecake Factory. A copy of said Handbook Receipt & Confidentiality Agreement ("Agreement") is attached hereto as Exhibit A.

3. On the second page of the Agreement, two paragraphs above her signature line, Sedelnikova initialed the following paragraph:

> I recognize that differences may arise between me and the Company during, or following, my employment with the Company. I agree to participate in impartial dispute-resolution proceedings as a condition of and as consideration for the offer of employment by the Company. If I, or the Company, determine that the Company's internal procedures for handling claims (including but not limited to, reporting claims to my manager, the Area Director of Operations, the CARELINE, and/or the Staff Relations Department), have not resulted in a mutually acceptable resolution of disputes between me and the Company, I agree to participate in arbitration proceedings.

4. Rather than file for arbitration to resolve her claims under the parties' agreement to arbitrate their disputes, Sedelnikova filed a complaint in the Maryland Circuit Court for Montgomery County on August 6, 2009. [Docket No. 1]

5. The Cheesecake Factory removed Sedelnikova's action to this Court on September 11, 2009 [Docket No. 1], and answered the Complaint on September 16, 2009. [Docket No. 8]

6. The Cheesecake Factory, through counsel, made a demand for arbitration by letter dated December 4, 2009 to Sedelnikova's counsel, attached hereto as Exhibit B. By e-mail sent December 7, 2009 by Sedelnikova's counsel to counsel for the Cheesecake Factory, Sedelnikova declined to agree to arbitration and stated that Cheesecake Factory must file a motion with the Court. See e-mail dated December 7, 2009, attached as Exhibit C.

7. Although Cheesecake Factory served on Sedelnikova interrogatories and requests for documents, it has withdrawn that discovery prior to filing this Motion and did not receive any responses to the discovery from Sedelnikova. Similarly, Cheesecake Factory withdrew its notice

of deposition for Sedelnikova prior to filing this Motion and has not deposed Sedelnikova or anyone else in this matter.

8.     As set forth in more detail in its supporting Memorandum, federal policy strongly favors the arbitration of legal disputes. The United States Supreme Court has, for example, stated that the federal courts are required to "rigorously enforce" agreements to arbitrate. *Shearson/American Express v. McMahon*, 482 U.S. 220, 226 (1987).

**WHEREFORE**, Defendant The Cheesecake Factory Restaurants, Inc. respectfully requests that this Court grant The Cheesecake Factory Restaurants, Inc.'s Motion to Stay Proceedings and to Compel Arbitration.

December 11, 2009                                             Respectfully submitted,

/s/
Timothy F. McCormack
Bar No. 03565
Michelle M. McGeogh
Bar No. 28778

BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202
Tel.: 410.528.5600
Fax: 410.528.5650
mccormackt@ballardspahr.com
mcgeoghm@ballardspahr.com

Of Counsel:

Naomi Young
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel.: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendant *The Cheesecake Factory Restaurants, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2009, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Gregg C. Greenberg, Esq.
>The Zipin Law Firm LLC
>843 Colesville Road, Suite 610
>Silver Spring, MD 20910
>
>*Attorney for Plaintiff*

/s/
Timothy F. McCormack

DMWEST #7419000 v1