# Ballard Spahr LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
TEL 424.204.4400
FAX 424.204.4350
www.ballardspahr.com

Naomi Young
Direct: 424.204.4335
Fax: 424.204.4350
youngn@ballardspahr.com

December 4, 2009

*Via E-mail*

Gregg C. Greenberg, Esq.
The Zipin Law Firm LLC
843 Colesville Road, Suite 610
Silver Spring, Maryland 20910

Re:   Ksenia Sedelnikova v. The Cheesecake Factory Restaurants, Inc.
      USDC Case No. 09-cv-2398

Dear Mr. Greenberg:

Pursuant to the agreement to arbitrate signed by Ksenia Sedelnikova, a copy of which is attached, The Cheesecake Factory Restaurants, Inc. ("Cheesecake Factory") hereby demands arbitration of Ms. Sedelnikova's claims raised in the Complaint in this action filed on August 6, 2009. Further, the Cheesecake Factory hereby withdraws its Amended Notice of Deposition of Ksenia Sedelnikova, its First Request for Production of Documents to Plaintiff Ksenia Sedelnikova, and the First Set of Interrogatories of Defendant The Cheesecake Factory Restaurants, Inc. to Plaintiff Ksenia Sedelnikova. Ms. Sedelnikova's deposition is, therefore, off calendar for December 21, 2009.

Please advise the undersigned by December 10, 2009 whether Ms. Sedelnikova will agree to honor her agreement to arbitrate these claims. If not, the Cheesecake Factory will move to stay the pending lawsuit and to compel arbitration.

Thank you for your attention to this matter.

Very truly yours,

NAOMI YOUNG

NY/kn
Attachment

DMWEST #7408702 v1

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | Philadelphia | Phoenix | Salt Lake City | Washington, DC | Wilmington