## Nakashima, Kristine (LA)

**From:** Gregg Greenberg [ggreenberg@zipinlaw.com]
**Sent:** Monday, December 07, 2009 6:15 AM
**To:** Young, Naomi (LA); 'Philip Zipin'
**Subject:** Sedelnikova v. The Cheesecake Factory

Ms. Young:

I am in receipt of your letter dated December 4, 2009.

It is our firm position, for two (2) reasons, that the arbitration agreement that you have attached does not bind Ms. Sedelnikova in this matter. First, the agreement notes specifically that it does not constitute a contract. As such, it does not have the effect of binding arbitration in this matter.

Second, even if the arbitration agreement is interpreted to be a contract, it is our position that at this late stage, Cheesecake Factory has waived its right to arbitrate.

If you would like to pursue arbitration, you do not have Plaintiff's consent and must file a Motion with the Court.

Please confirm that the deposition of Ms. Sedelnikova has been taken off the calendar. Please further confirm that the due date for your interrogatories and document requests have been extended indefinitely.

If you would like to discuss this matter further, please call me at (301) 587-9373.

Thank you,

Gregg C. Greenberg

Associate

The Zipin Law Firm, LLC
8403 Colesville Road #610
Silver Spring, Maryland 20910

Phone: (301) 587-9373
Fax: (301) 587-9397

www.zipinlaw.com

This email is intended for the use of the addressee. It contains information which is confidential under the attorney-client privilege or is otherwise not subject to disclosure. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any use, dissemination, distribution or copying of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete all copies of the message.

12/10/2009