IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KSENIA SEDELNIKOVA, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 09-CV-2398 |
| | * | |
| v. | * | |
| | * | |
| THE CHEESECAKE FACTORY RESTAURANTS, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Motion of The Cheesecake Factory Restaurants, Inc. to Stay Proceedings and Compel Arbitration (the "Motion"), and any opposition thereto, it is this _____ day of _____, 2009,

**ORDERED** that Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff Ksenia Sedelnikova and Defendant The Cheesecake Factory Restaurants, Inc. shall submit the claims of Plaintiff against Defendant to arbitration; and it is further

**ORDERED** that this case is stayed pending resolution of the arbitration

_____
Alexander Williams, Jr.
United States District Judge

cc:
Timothy F. McCormack, Esquire
Michelle M. McGeogh, Esquire
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202

Naomi Young, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067

Gregg C. Greenberg, Esquire
The Zipin Law Firm LLC
843 Colesville Road, Suite 610
Silver Spring, MD 20910