EXHIBIT 2

CLOSED, STAY-CASE, STD

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:08-cv-01207-NVW

Equal Employment Opportunity Commission v. Cheesecake Factory, Inc
Assigned to: Judge Neil V Wake
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 06/30/2008
Date Terminated: 11/06/2009
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Equal Employment Opportunity Commission**

represented by

**Katherine J Kruse**
EEOC
3300 N Central Ave
Ste 690
Phoenix, AZ 85012-1848
602-640-5029
Fax: 602-640-5009
Email: katherine.kruse@eeoc.gov
*TERMINATED: 03/04/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Joleen O'Neill**
EEOC
3300 N Central Ave
Ste 690
Phoenix, Az 85012-1848
602-640-5044
Fax: 602-640-5009
Email: mary.oneill@ecoc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally Clifford Shanley**
EEOC
3300 N Central Ave
Suite 690
Phoenix, AZ 85012-1848
602-640-5007
Fax: 602-640-5009
Email: sally.shanley@eeoc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diana Crespo Weaver**
Equal Employment Opportunity Commission
3300 N Central Ave
Ste 690
Phoenix, AZ 85012-1848
602-640-5060
Fax: 602-640-5009
Email: diana.weaver@eeoc.gov
*TERMINATED: 08/14/2009*
*ATTORNEY TO BE NOTICED*

**Guy David Knoller**
Guy David Knoller PC
2999 N 44th St
Ste 303
Phoenix, AZ 85018
602-230-1099
Fax: 602-230-0098
Email: gdkpc@pcslink.com
*ATTORNEY TO BE NOTICED*

**Meenoo Chahbazi**
Equal Employment Opportunity Commission
3300 N Central Ave
Ste 690
Phoenix, AZ 85012
602-640-5061
Fax: 602-640-5009
Email: Meenoo.Chahbazi@eeoc.gov
*ATTORNEY TO BE NOTICED*

**P David Lopez**
EEOC
3300 N Central Ave
Ste 690
Phoenix, AZ 85012-1848
602-640-5016
Fax: 602-640-5009
Email: patrick.lopez@eeoc.gov
*ATTORNEY TO BE NOTICED*

**Tin-Tin Diana Chen**
EEOC
3300 N Central Ave
Ste 690
Phoenix, AZ 85012-2504
602-640-5033

Fax: 602-640-5009
Email: Diana.chen@eeoc.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Bryce Fitzpatrick**

represented by **Jonathan Adam Dessaules**
Dessaules Law Group
2700 N Central Ave
Ste 12530
Phoenix, AZ 85004
602-274-5400
Fax: 602-274-5401
Email: jdessaules@dessauleslaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Albert Miller**

represented by **Jonathan Adam Dessaules**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cheesecake Factory, Inc**
*a Delaware corporation*

represented by **John Alan Doran**
Greenberg Traurig LLP
2375 E Camelback Rd
Ste 700
Phoenix, AZ 85016
602-445-8507
Fax: 602-445-8688
Email: doranj@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Lawrence Jay Rosenfeld**
Greenberg Traurig LLP
2375 E Camelback Rd
Ste 700
Phoenix, AZ 85016
602-445-8502
Fax: 602-445-8100
Email: RosenfeldL@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Rebecca Lynn Covell**
Greenberg Traurig LLP
2375 E Camelback Rd

Ste 700
Phoenix, AZ 85016
602-445-8538
Fax: 602-445-8682
Email: covellr@gtlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2008 | 1 | COMPLAINT., filed by Equal Employment Opportunity Commission. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Kruse, Katherine) (Entered: 06/30/2008) |
| 06/30/2008 | | This case has been assigned to the Honorable Neil V. Wake. All future pleadings or documents should bear the correct case number: CV08-01207-PHX-NVW. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (HIH) (Entered: 07/01/2008) |
| 06/30/2008 | 2 | Notice re Notice of Availability form (HIH) (Entered: 07/01/2008) |
| 07/01/2008 | 3 | Summons Issued as to Cheesecake Factory, Inc. (HIH). *** IMPORTANT: You must select "Document and stamps" or "Document and comments" on the print screen in order for the court seal to appear on the summons you print. (Entered: 07/01/2008) |
| 10/02/2008 | 4 | ORDERED pursuant to Rule 4(m), Fed. R. Civ. P.. that this action shall bedismissed on or after October 30, 2008, without further notice to Plaintiffs, unless before then Plaintiffs have served defendants with process and have filed with the clerk of the court proof thereof pursuant to Rule 4(l). Signed by Judge Neil V Wake on 10/2/08. (SJF) (Entered: 10/02/2008) |
| 10/29/2008 | 5 | Notice re Waiver of Service by Equal Employment Opportunity Commission (Attachments: # 1 Exhibit Waiver of Service)(Kruse, Katherine) (Entered: 10/29/2008) |
| 12/11/2008 | 6 | MOTION to Intervene by Bryce Fitzpatrick, Albert Miller. (Attachments: # 1 Exhibit Proposed Complaint-in-Intervention)(Dessaules, Jonathan) (Entered: 12/11/2008) |
| 12/23/2008 | 7 | ANSWER to 1 Complaint by Cheesecake Factory, Inc.(Rosenfeld, Lawrence) (Entered: 12/23/2008) |
| 12/23/2008 | 8 | ORDER issued: Scheduling Conference set for 2/20/2009 at 09:30 AM before Judge Neil V Wake.See attached order for full details. Signed by Judge Neil V Wake on 12/23/08. (SJF) (Entered: 12/23/2008) |
| 12/23/2008 | 9 | CERTIFICATE OF SERVICE by Bryce Fitzpatrick, Albert Miller re 6 MOTION to Intervene *(Amended Certificate Regarding Service on Cheesecake Factory)* (Dessaules, Jonathan) (Entered: 12/23/2008) |
| 12/24/2008 | 10 | STIPULATION *TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION TO INTERVENE* by Bryce Fitzpatrick, Cheesecake Factory, Inc, |